AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Duong Dai LUU | ) Case: 1:24-mj-00011 |
|  | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 1/12/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Duong Da LUU__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business;
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __01/12/2024__                                          __/s/ Robin M. Meriweather__ 2024.01.12 11:08:17 -05'00'
                                                                                   *Issuing officer's signature*

City and state:  __Washington, D.C.__           __Robin M. Meriweather, U.S. Magistrate Judge__
                                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* __01/12/2024__, and the person was arrested on *(date)* __01/25/2024__
at *(city and state)* __Houston, TX__.

Date: __01/25/2024__                                          __Elf__ [signature]
                                                                                   *Arresting officer's signature*

                                                                                   __Eliot Swainson__
                                                                                   *Printed name and title*