AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00011 |
| Duong Dai LUU | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 1/12/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      __Duong Da LUU__                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business;
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __01/12/2024__                                    __/s/ R. Meriweather__  2024.01.12 11:08:17 -05'00'
                                                                          *Issuing officer's signature*

City and state:    __Washington, D.C.__          __Robin M. Meriweather, U.S. Magistrate Judge__
                                                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* __01/12/2024__, and the person was arrested on *(date)* __01/25/2024__
at *(city and state)* __Houston, TX__.

Date: __01/25/2024__                                    __Eliot /s/__
                                                                          *Arresting officer's signature*

                                                                          __Eliot Swainson__
                                                                          *Printed name and title*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:24–mj–00036 |
| § | |
| Duong Dai Luu § | |

## ORDER APPOINTING COUNSEL

Because the Defendant, Duong Dai Luu, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

### Attorney appointed: Federal Public Defender

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on January 25, 2024.

_____
Yvonne Y. Ho
United States Magistrate Judge

United States District Court
Southern District of Texas
**ENTERED**
January 25, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:24–mj–00036 |
| | § | |
| Duong Dai Luu | § | |

**ORDER**

     In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is **ORDERED** to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

     It is so **ORDERED**.

     **SIGNED** on January 25, 2024.

_____
Yvonne Y. Ho
United States Magistrate Judge

Case 1:24-mj-00011-RMM   Document 7   Filed 01/31/24   Page 4 of 13

AO 199A (Rev. 06/19) Order Setting Conditions of Release

United States District Court
Page 1 of 4 Pages
Southern District of Texas

**ENTERED**
January 26, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
| v. | ) | 4:24mj36 |
| | ) | |
| Duong Dai Luu | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear _____
                                                  *Date and Time*

at _____ Pretrial Services, 515 Rusk St., 6th Floor, Houston, TX 77002 _____
                                                  *Place*

*If blank, defendant will be notified of next appearance.*

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release   Page _2_ of _4_ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____   Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
*Custodian*     *Date*

( ☒ ) (7) The defendant must:
    ( ☒ ) (a) submit to supervision by and report for supervision to the Pretrial Services _____,
        telephone number _____, no later than _____.
    ( ☐ ) (b) Maintain or actively seek FULL-TIME verifiable employment. If legally allowed to work and provide proof to the US Probation officer
    ( ☐ ) (c) continue or start an education program.
    ( ☒ ) (d) surrender any passport to: U.S. Probation within 24 hours of release
    ( ☒ ) (e) not obtain a passport or other international travel document.
    ( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel: Continental United States. Do not travel to Washington, D.C. unless it is for court matters or to meet with an attorney
        Outside travel to be preapproved by the US Probation Office
    ( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: Co Defendants or Co Conspirators, witnesses, victims or potential victims
    ( ☐ ) (h) get medical or psychiatric treatment: _____
    ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
    ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    ( ☒ ) (k) not possess a firearm, destructive device, or other dangerous weapon.
    ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
    ( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical medical practitioner. Do not use or consume products containing or marketed as cannabidiol (CBD)
    ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
        ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
        ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
        Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
- ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii) Voice Recognition; or
- ( ☐ ) (iii) Radio Frequency; or
- ( ☐ ) (iv) GPS.

( ☐ ) (r) The defendant will incur the costs associated with any services related to drug testing/treatment, mental health treatment, housing placement, and or/location monitoring based on the ability to pay as determined by U.S. Probation.

( ☒ ) (s) report within 72 hours, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*Street, City, State, and Phone Number*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.
( ☒ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: January 25, 2024                             _____
                                                    *Judicial Officer's Signature*
                                                    Yvonne Y. Ho, U.S. Magistrate Judge
                                                    *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States of America )
v. )
)  Case No.  4:24mj36
Duong Dai Luu )
*Defendant* )

## APPEARANCE BOND

### Defendant's Agreement

I, _____Duong Dai Luu_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( ☒ ) to appear for court proceedings;
    ( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or
    ( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☐ ) (1)  This is a personal recognizance bond.

( ☒ ) (2)  This is an unsecured bond of $ __10,000.00__ .

( ☐ ) (3)  This is a secured bond of $ _____ , secured by:

    ( ☐ ) (a) $ _____ , in cash deposited with the court.

    ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    _____

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____
_____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 01-25-24

_____
*Defendant's signature*

_____        _____
*Surety/property owner – printed name*        *Surety/property owner – signature and date*

_____        _____
*Surety/property owner – printed name*        *Surety/property owner – signature and date*

_____        _____
*Surety/property owner – printed name*        *Surety/property owner – signature and date*

CLERK OF COURT

Date: January 25, 2024

        *Rachel Willborg*
_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: January 25, 2024

        *Yvonne Y. Ho*
_____
*Judge's signature*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | Case No. 4:24−mj−00036 |
| § | Charging District: |
| § | District of Columbia |
| Duong Dai Luu § | Charging District's Case No. |
| | 1:24−mj−00011 |

## ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in District of Columbia, the district court where the charges are pending, to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place:<br>District of Columbia<br>by Zoom | Location: |
|---|---|
| | Date and Time:<br>February 1st |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 1/29/2024

_____
Yvonne Y. Ho
United States Magistrate Judge

CLOSED

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:24-mj-00036-1

Case title: USA v. Luu

Date Filed: 01/25/2024

Other court case number: 1:24-mj-00011 District of Columbia

Date Terminated: 01/31/2024

Assigned to: Magistrate Judge Yvonne Y Ho

**Defendant (1)**

**Duong Dai Luu**
*On Bond*
*TERMINATED: 01/31/2024*

represented by **Federal Public Defender - Houston**
440 Louisiana
Ste 310
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
Email: hou_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Knowingly Entering or Remaining in any Restrict Buidling or Grounds without Lawful Authority 18:1752.F, Knowingly and with Intent to Impede or Disrupt the Orderly Conduct of Government Business 18:1752.F, Disorderly Conduct in a Capital | |

Buidling 40:193G.P, Parading, Demonstrating, or Picketing in a Capital Building 40:193C.P

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2024 | | Arrest (Rule 40) of Duong Dai Luu, filed. (AntonioBanda, 4) (Entered: 01/25/2024) |
| 01/25/2024 | 1 | Criminal Complaint District of Columbia as to Duong Dai Luu, filed.(AntonioBanda, 4) (Entered: 01/25/2024) |
| 01/25/2024 | 2 | Arrest Warrant issued 01/12/2024; Returned Executed on 01/24/2024 as to Duong Dai Luu. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy., filed. (AntonioBanda, 4) (Entered: 01/25/2024) |
| 01/25/2024 | | Set Hearing as to Duong Dai Luu: Initial Appearance - Rule 40 set for 1/25/2024 at 02:00 PM in Courtroom 704 before Magistrate Judge Yvonne Y Ho (AntonioBanda, 4) (Entered: 01/25/2024) |
| 01/25/2024 | | Arrest of Duong Dai Luu, filed. (RachelWillborg, 4) (Entered: 01/25/2024) |
| 01/25/2024 | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 1/25/2024 before Magistrate Judge Yvonne Y Ho as to Duong Dai Luu. Defendant first appearance on Complaint from the District of Columbia Superior Court 1:24mj00011 and advised of rights/charges. Defendant requests appointed counsel, Financial Affidavit executed on the record, Defendant appeared with counsel. Order appointing FPD to be entered, Bond set, 10,000 Unsecured bond, Defendant advised of conditions of release, Defendant to be released after bond perfected,. Appearances: AUSA Jennifer Kristen Weinhold for USA; AFPD Ike Okorafor for Defendant.(ERO:Yes) (Interpreter: No) Bond executed and deft to be released, filed. (RachelWillborg, 4) (Entered: 01/25/2024) |
| 01/25/2024 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. ( Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (RachelWillborg, 4) (Entered: 01/25/2024) |
| 01/25/2024 | 4 | BRADY ORDER on Rule 5(f) as to Duong Dai Luu. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (RachelWillborg, 4) (Entered: 01/25/2024) |
| 01/25/2024 | 5 | 10,000 Unsecured Bond Entered as to Duong Dai Luu, filed. (RachelWillborg, 4) (Entered: 01/26/2024) |
| 01/25/2024 | 6 | ORDER Setting Conditions of Release as to Duong Dai Luu. Duong Dai Luu (1) 10,000 Unsecured (Signed by Magistrate Judge Yvonne Y Ho) (Attachments: # 1 Unredacted) Parties notified. (RachelWillborg, 4) (Entered: 01/26/2024) |
| 01/26/2024 | 7 | Pretrial Services Report (Sealed) as to Duong Dai Luu, filed. (MoniqueGonzalez, 4) (Entered: 01/26/2024) |
| 01/29/2024 | 8 | ORDER for Defendant to Appear in the District Where Charges Are Pending and Transferring Bail as to Duong Dai Luu. The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending. Charging District: District of Columbia, 1:24-mj-00011. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (RachelWillborg, 4) (Entered: 01/29/2024) |

| 01/31/2024 | | RULE 5 Papers sent via email as to Duong Dai Luu, filed.(RachelWillborg, 4) (Entered: 01/31/2024) |