UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America          )
                                  )
       v.                         )          USDC No. 24-mj-11 (RMM)
                                  )
Duong Dai Luu, *defendant.*       )

NOTICE OF APPEARANCE

THE CLERK WILL PLEASE NOTE the appearance of Nathan I. Silver, Esq., as

attorney of record in the above-referenced case, this 1st day of February, 2024, appointed by this

Court under the Criminal Justice Act.

This pleading is,

Respectfully submitted,

*Nathan I. Silver*
NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
(240) 441-1199 (cell)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served via ECF  upon assistant
U.S. Attorney Kyle Robert Mirabelli, U.S. Attorney's Office for the District of Columbia,
Capital Siege Section, attorney of record for the government, this 1st day of February, 2024.

_____*Nathan I. Silver*_____