UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v.   ) | USDC No. 24-mj-11 (RMM) |
| ) | |
| Duong Dai Luu, *defendant.*   ) | |

MOTION FOR TRAVEL
AND TEMPORARY RETURN OF PASSPORT

THE DEFENDANT, through undersigned counsel Nathan I. Silver, Esq., ("counsel") as attorney of record appointed by this Court under the Criminal Justice Act, respectfully moves the Court to permit his international travel from March 14 through March 24, 2024.  The defendant had planned this trip to Europe, which was organized by his church group, before his arrest in this case.  Flights have been arranged from and to Houston International Airport ("IAH") and involve visits to the cities of Prague and Rome on the continent.  The defendant has attached as an exhibit the pertinent travel documents in his case, an itinerary and an attestation from a church official.

The defendant seeks both permission to travel internationally and the temporary return of his passport.

Counsel has advised the government by email to asst. U.S. Attorney Kyle Robert Mirabelli of this request so the government may advise the Court of its position in respect of this motion.

A proposed Order is attached.

This pleading is,

Respectfully submitted,

*Nathan I. Silver*
NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
(240) 441-1199 (cell)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served via ECF upon assistant U.S. Attorney Kyle Robert Mirabelli, U.S. Attorney's Office for the District of Columbia, Capital Siege Section, attorney of record for the government, this 3rd day of February, 2024.

_____*Nathan I. Silver*_____