UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America           )
                                   )
        v.                         )        USDC No. 24-mj-11 (RMM)
                                   )
Duong Dai Luu, *defendant.*        )

ORDER

Upon good cause shown in the defendant's Motion for Travel and Temporary Return of Passport,  and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this ____ day  of _____, 2024, that the defendant may travel internationally per the terms of his itinerary from March 14 through 24, 2024, and it is further

ORDERED, that the Pretrial Services Agency ("PSA") return to the defendant at least 24 hours before his planned travel his passport which defendant surrendered to PSA as a condition of his release, and it is further

ORDERED, that the defendant return said passport to PSA within 24 hours of his return to Houston, TX on March 24, 2024, or as soon thereafter as is practicable, in the event of any unforeseen delay in his arrival..

_____
Hon. G. Michael Harvey, U.S. Magistrate Judge
United States District Court for the District of Columbia

cc:  Nathan I. Silver, Esq.
     6300 Orchid Drive
     Bethesda, MD 20817-5614

     Kyle Robert Mirabelli, Esq.
     USDOJ-USAO
     Capitol Siege Detailee
     Washington, DC 20530