**CONGREGATION OF THE MOST HOLY REDEEMER**
**VICE-PROVINCE OF EXTRA PATRIAM**
3417 W. Little York Rd. – Houston, TX 77091
Ph: (713) 894-7443



**PHỤ TỈNH DÒNG CHÚA CỨU THẾ HẢI NGOẠI**
**VĂN PHÒNG GIÁM PHỤ TỈNH**
www.dongchuacuuthe.us
Email: extrapatriam@gmail.com

February 01, 2024

To Whom It May Concern:

This letter is to attest that Mr. DUONG DAI LUU (DOB: Nov. 11, 1976 and carrying Passport No. 647806434) is a Vietnamese Catholic parishioner who already registered to join our church group for a pilgrimage to Europe from March 14 to 24, 2024.

Our group will be making a short pilgrimage to both Czech Republic and Rome for the mentioned period of time.

Both flights and hotels have been booked. Details are on attached document.

Should you have any further questions, please feel free to contact me at anytime.

Sincerely,

Rev. (Dominic) Long Nguyen, CSsR
Provincial Superior