## CHURCH PILGRIMAGE TRIP TO EUROPE

March 14-24, 2024

Organizer:   Rev. (Dominic) Long Nguyen, CSsR
Provincial Superior
Congregation of the Most Holy Redeemer

Cell:   713-894-7443

Email: longcssr@gmail.com
Extrapatriam@gmail.com

Departure Date:   March 14, 2024 (United #8867 Leaving IAH @ 5:40PM)
To Rome:   March 19, 2024 (Lufthansa 1689 Leaving PRG @7:05am)
Return Date:   March 24, 2024 (United 971 Leaving FCO @ 9:45am)

*(See attached/separate reservation for details)*

Lodge in Czech:   Top Hotel Praha & Conference Centre
(from Mar 15-19, 2024)
Blazimska 1781/4
Prague, 14900 Czechia

Lodge in Rome:   Foyer Phat Diem
(from Mar 19-24, 2024)
Via della Pineta
Sacchetti 45, 00167 Roma, Italy

Attested by:

_____
Rev. (Dominic) Long Nguyen, CSsR
Provincial