UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America          )
                                  )
      v.                        )     USDC No. 24-mj-11 (RMM)
                                  )
Duong Dai Luu, *defendant*      )

NOTICE

THE COURT WILL PLEASE NOTE the attached Exhibits which the Court has required the defendant to submit as a condition of defendant's travel internationally from March 14 through March 24, 2024.  The Court previously approved such travel on condition that the defendant execute and submit these documents:

(1) Declaration of Duong Dai Luu) executed by the defendant, dated and signed February 21, 2024 (2 pages) in which he agrees to waive extradition if arrested during outside of the United States while traveling internationally, and pledges not to alienate his ownership interest in collateral (i.e., BMW X-5 vehicle, model year 2020) applied against the $25,000 unsecured appearance bond in this case;

(2) Notarized Agreement to Pledge Real Property (3 pages), along with an attestation of Notary (1 page), in which defendant agrees to pledge collateral (viz., BMW x-5 vehicle).  Please note that defendant, at counsel's instructions, went to the Clerk's Office of the U.S. District Court for District of Texas (Southern Division) in Houston, TX, the district in which defendant was first presented in a Rule 5 hearing, to have the Clerk witness his signature. A representative of that office told undersigned Counsel it could not do so because the defendant's case was closed once it was transferred to the instant Court. At Counsel's instruction, the defendant swore

to an oath before a Notary Public for the State of Texas, who witnessed his signature and provided the attestation document; and

(3) Signed Application to Pledge Real Property (2 pages).[1]

This notice is,

Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon Kyle Mirabelli, Esq., USDOJ-USAO DC, attorney of record for the United States, via ECF this 22nd day of February, 2024.

__*Nathan I. Silver*_____
*Nathan I. Silver*

---

[1] The defendant asked the Notary to witness his signature upon oath.  The Notary, for a reason that is not clear, notarized the Agreement to pledge collateral but not the Application.  The defendant trusts that since the Agreement is notarized, the Court will find these materials sufficient.