surrendered my original title, issued by the State of Texas, to the Pretrial Services Agency. I pledge not to obtain a duplicate title for the vehicle, seek to obtain a loan against the vehicle, or otherwise attempt to interfere with its use as collateral against the appearance bond.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 21 of February, 2024, in Houston, Texas.

_____
DUONG DAI LUU

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )   USDC No. 24-mj-11 (RMM) |
| | ) |
| Duong Dai Luu, *defendant* | ) |

DECLARATION OF DUONG DAI LUU

I, DUONG DAI LUU, pursuant to 28 U.S.C. §1746, declare as follows:

1. The Court has provisionally approved my request to travel outside the country (Italy and the Czech Republic) from March 14 through 24, 2024, with my church group.

2. I hold a valid U.S. passport, which I have surrendered to the Pretrial Services Agency as a condition of my release in the above-referenced case.

3. As a further condition of my release, in order to travel beyond the continental United States, it is necessary for me to obtain advance Court approval.

4. I hereby waive any and all rights not to be extradited to the United States under the laws of any country, including, but not limited to, Italy, the Czech Republic, or my native country Vietnam, from which I emigrated, later becoming a U.S. citizen. I will not seek any protection afforded by: any extradition rights, any treaty, or any law of any country, including those previously named, that allow for my refuge in any country. Further I will not appeal any decision by any country to be extradited to the United States during the pendency of this case.

5. I further pledge not to alienate my ownership interest in my BMW X-5 vehicle, which I own individually and outright, and have hypothecated as collateral against the unsecured appearance bond that was imposed as a condition of my release, and for which I have